THE KNOWLES LOOM WORKS, PLAINTIFF IN ERROR, v. J. VACHER AND R. J. HOGUET, DEFENDANTS IN ERROR.

On error to the Passaic Circuit Court.    For opinion of the Supreme Court, on case certified from Passaic Circuit, see 28 *Vroom* 490.

For the plaintiff in error, *Gilbert Collins.*

For the defendants in error, *J. Franklin Fort.*

PER CURIAM.

The judgment of the court below is affirmed, for the reasons given by the Supreme Court in its advisory opinion.

*For affirmance*—DIXON, GUMMERE, LIPPINCOTT, MAGIE, BARKALOW, BOGERT, DAYTON, HENDRICKSON, NIXON.    9.

*For reversal*—THE CHANCELLOR.    1.